The People of the State of New York, Respondent, v. Frank Horny, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

Joseph Najer, Appellant, v. Garfield News Co., Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

Harold Black, Appellant, v. Vincent R. Impellitteri et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [201 Misc. 371.] [See post, p. 744.]

The People of the State of New York, Respondent, v. Joseph Keller, Known as Michael La Central, Appellant, et al., Defendants.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

Frederick S. Parsons, Appellant, v. John H. O'Rourke, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

Sa Ray Clothing Co. Inc., Appellant, v. Liberty Trouser Co., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

Arpad Necessories, Inc., Appellant v. Henry Sciannamea, Respondent. (Action No. 2.) Henry Sciannamea, Plaintiff, v. Arpad Necessories, Inc., Defendant. (Action No. 1.) — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See post, p. 746.]

Ruth W. Crane et al., Appellants, v. Richard T. Crane, Respondent, et al., Defendants.— Orders and judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [199 Misc. 980.]

Morrison Parker, as Receiver of Peter Gudenzi and Others, Appellant, v. Mallory Adee & Co., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

Morrison Parker, as Receiver of Peter Gudenzi and Others, Appellant, v. Hertzfeld & Stern, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.